UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DAVID JONES, ET AL.**     CIVIL ACTION

**VERSUS**     No. 21-1858

**FLOWERS FOODS, INC., ET AL**     SECTION I

## ORDER

Before the Court is plaintiffs' unopposed motion[1] to stay the above-captioned case. Plaintiffs have not adequately explained why the action taken by the United States District Court for the Western District of Louisiana in Civil Action No. 16-2557, and any pending appeal arising from that case, relates to the above-captioned case before this Court. Accordingly,

**IT IS ORDERED** that the motion is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, October 27, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 8.