UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID JONES, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-1858 |
| FLOWERS FOODS, INC., ET AL. | * | DIVISION 2 |

## ORDER AND REASONS

Considering Plaintiffs' Request for Oral Argument with Testimony (ECF No. 151) regarding Defendants' Motion to Strike Plaintiffs' Expert Shawn Kantor (ECF No. 113),

IT IS ORDERED that Plaintiffs' Request for Oral Argument (ECF No. 151) is DENIED WITHOUT PREJUDICE. After review of the parties' briefs, the Court will determine whether oral argument is necessary, and if so, schedule same.

New Orleans, Louisiana, this __17th__ day of November, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE